UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| v. | 25 Cr. 501 (___) |
| YECHIAL MICHAEL LICHTENSTEIN, and TOBY MOSKOVITS, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Timothy V. Capozzi;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

It is further found that the requesting AUSA has reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and has advised that Judge Garnett is recused from this matter. and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:      New York, New York
            October 30, 2025

SARAH NETBURN
United States Magistrate Judge