# YurowitzLaw PLLC

STEVEN Y. YUROWITZ
~
WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

November 13, 2025

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
11/13/25

By ECF
Hon. John G. Koeltl
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Lichtenstein, et ano.*
25 cr. 501
**(Consent Motion to Modify Bail Conditions)**

Dear Judge Koeltl:

This firm is counsel to the defendant Toby Moskovits in the above-referenced matter. The defendant was released on bail by Magistrate Netburn subject to certain conditions, including that two financially responsible persons co-sign the $500,000 unsecured bond by November 13, 2025. We have been working on obtaining those two sureties. Unfortunately, Ms. Moskovits's uncle passed away earlier this week, and the suretors that we contemplated signing on the bond are all sitting shiva at this time. We have been working on identifying different suretors, and one such suretor was approved today to sign the bond, and we contemplate him signing within the next day or two. We are writing now to request a one-week extension within which to satisfy the surety condition. I have communicated with counsel for the government in this matter (AUSA Capozzi), and the government consents to the relief requested.

Accordingly, we respectfully request that Ms. Moskovits's bail conditions be modified to permit the two suretors to sign the bail bond by November 20, 2025.

Respectfully submitted,

Steven Y. Yurowitz

cc: AUSA Timothy Capozzi (by ECF)
SYY/hms

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7900 ~ Fax 646.568.9664