# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

January 7, 2026

**By ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Lichtenstein et. ano.*
25 cr 501 (JGK)
**(Unopposed Application to Modify Bail Conditions)**

Dear Judge Koeltl:

This firm represents Toby Moskovits, one of the defendants in the above-referenced matter. I am writing to request a modification of Ms. Moskowits's bail conditions to permit her to travel to the District of Vermont with her children from January 10, 2026 to January 13, 2026.  I have communicated with both PTS Stephen Boose and AUSA Timothy Capone and both have no objection to the requested relief.

Accordingly, Ms. Moskovits respectfully requests that her bail conditions be modified to permit her to travel to the District of Vermont and points in between for purposes of travel from January 10, 2026 to January 13, 2026.

Respectfully submitted,

Steven Y. Yurowitz

cc:  AUSA Timothy Capone (by ECF)

SYY/hms

APPLICATION GRANTED
SO ORDERED

1/9/26

John G. Koeltl, U.S.D.J.

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7902 ~ Fax 646.568.9664