# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE

NAFTALI T. RABINOVICH

February 17, 2026

**By ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

2/18/26 _____
John G. Koeltl, U.S.D.J.

Re:  *United States v. Lichtenstein et. ano.*
     25 cr 501 (JGK)
     **(Unopposed Application to Modify Bail Conditions)**

Dear Judge Koeltl:

  This firm represents Toby Moskovits, one of the defendants in the above-referenced matter. I am writing to request a modification of Ms. Moskowits's bail conditions to permit her to travel on February 23, 2026 to Dallas, Texas for business purposes and to return back to New York on February 24, 2026. I have communicated with PTS Stephen Boose who informed me that Pre-Trial Services has no objection to the proposed trip. We will provide Mr. Boose with Ms. Moskovits's precise itinerary prior to the trip. I have likewise communicated with AUSA Timothy Capone, who informed me that it defers to Pre-Trial's recommendation in this matter.

  Accordingly, Ms. Moskovits respectfully requests that her bail conditions be modified to permit her to travel to the Northern District of Texas on February 23-24, 2026.

Respectfully submitted,

Steven Y. Yurowitz

cc:  AUSA Timothy Capone (by ECF)

SYY/hms

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7902 ~ Fax 646.568.9664