# YurowitzLaw PLLC

**STEVEN Y. YUROWITZ**

~

**WILLIAM J. DOBIE**

**NAFTALI T. RABINOVICH**

July 1, 2026

**By ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Michael Lichtenstein et ano.*,
25 Cr. 501 (JGK)

Dear Judge Koeltl:

This firm represents Toby Moskovits, one of the defendants in the above-referenced matter. I am writing to request a temporary modification to Ms. Moskovits bails conditions to permit her to travel on vacation with her children to South Carolina from July 5 to July 12, 2026.

I have communicated with Ms. Moskovits's pretrial services officer who does not object to the modification so long as she provides travel itinerary and lodging information. I have also communicated with AUSA Timothy Capozzi who indicated that he defers to pretrial services.

Accordingly, we respectfully request that the application be granted.

Respectfully submitted,

Steven Y. Yurowitz

cc:  AUSA Timothy Capozzi (by ECF)
     PTS Akil King (by email)

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7900 ~ Fax 646.568.9664