# YurowitzLaw PLLC

STEVEN Y. YUROWITZ
~
WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

September 17, 2026

**By ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

9/18/26 John G. Koeltl, U.S.D.J.

Re: *United States v. Lichtenstein, et ano.*
25 cr. 501
**(Unopposed Motion to Modify Bail Conditions)**

Dear Judge Koeltl:

This firm is counsel to the defendant Toby Moskovits in the above-referenced matter. I am writing to request a modification of Ms. Moskovits's bail conditions. Under the current terms of Ms. Moskovits bail, travel is restricted to the SDNY/EDNY/DNJ/NDIL/SDFL and points in between for purposes of travel. We are writing now to respectfully request that these conditions be modified to also permit travel to the Central District of California. Ms. Moskovits's son, daughter-in-law and grandchildren with whom she is very close reside in Los Angeles, and Ms. Moskovits, as a single mother, is often in need to travel to Los Angeles to spend the holidays and other milestones together with them. The proposed modification would avoid the need to burden the Court every time Ms. Moskovits seeks to visit and spend time with them.

I have communicated with PTS Officer Akil King, and he informed me that he has no objection to the proposed modification. I have likewise communicated with AUSA Timothy Capozzi, who informed me that it defers to Pre-Trial's recommendation in this matter.

Accordingly, Ms. Moskovits respectfully requests that paragraph 7(f) of her bail conditions be modified to also permit travel to the Central District of California.

Respectfully submitted,

Steven Y. Yurowitz

cc: AUSA Timothy Capozzi (by ECF)
PTS Officer Akil King (by email)